UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP,
                                    Plaintiff,

                    -v-

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, *et al.*,
                                    Defendants.

26-CV-4242 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Plaintiff has filed a complaint under the Freedom of Information Act (FOIA).  Because FOIA actions ordinarily do not involve discovery and are resolved on cross-motions for summary judgment, the Court will not schedule an initial pretrial conference unless a party requests such a conference.

Accordingly, the parties are directed to confer with each other and, within 4 weeks after the filing of Defendants' answer, shall file a joint status letter with a proposed schedule for the filing of cross-motions for summary judgment.

SO ORDERED.

Dated:  May 21, 2026
        New York, New York

_____
                    J. PAUL OETKEN
                    United States District Judge